UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRK BEY, | Case No. 19-cv-08328-HSG |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TONIA MARIE NERVIS, | |
| Defendant. | |

On December 20, 2019, Plaintiff Kirk Bey filed a Complaint in federal court. Dkt. No. 1. Because the Complaint fails to clearly identify the cause(s) of action, the Court ORDERS Plaintiff TO SHOW CAUSE why the case should not be dismissed for lack of subject matter jurisdiction. Nothing in Plaintiff's "statement of jurisdiction" (Dkt. No. 11) establishes federal jurisdiction over the matter, and unless Plaintiff can do so, the case will be dismissed with prejudice without further notice. Plaintiff shall file a statement of two pages or less by April 15, 2020.

**IT IS SO ORDERED.**

Dated: 3/18/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge